# EXHIBIT A

Case 1:16-cv-07300-JMF   Document 25-1   Filed 02/03/17   Page 1 of 12



# EXHIBIT B



# EXHIBIT C



# EXHIBIT D



# EXHIBIT E



# EXHIBIT F



# kate spade
### NEW YORK

10801 corkscrew road #178
ESTERO, FL 33928
239-498-2001

Trans: 13496     Date: 3/8/16 12:30
Store: 1846      Register: 22
Salesperson: House A.
Cashier: Taylor H.

| Item<br>SALLY | Qty | Price | Amount |
|---|---|---|---|
| 098689908298 | 1 | 158.00 | 63.20 |
| 50% + 20% OFF | | | (94.80) |

```
                    Subtotal    63.20
                         Tax     3.79

                      Total:    66.99
```

MasterCard                         66.99
   ************2431
   Auth. No. 30844P
   Transaction Type: Sale
   Entry Method: Swiped
   Auth Time: 12:30 PM

Cardholder will pay the card issuer above
amount pursuant to cardholder agreement.